IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORE LOREN CLARK,

    Petitioner,  No. CIV S-08-1433 EFB P

  vs.

MICHAEL EVANS, Warden,

    Respondent.  ORDER
_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On April 9, 2009, petitioner requested an extension of time to file a traverse. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's April 9, 2009 request for an extension of time is granted and petitioner has until May 19, 2009 to file and serve a traverse.

DATED: April 15, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE